# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAKESHA WILLIAMS**                                                                                    **PLAINTIFF**

**v.**                                   **Case No. 4:23-cv-01135-LPR**

**ARKANSAS CHILDREN'S HOSPITAL**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant on all claims brought against it in this case.

IT IS SO ADJUDGED this 18th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE